**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Andre Battle
                Plaintiff,

v.                                           Case No.: 1:25−cv−01220
                                                                   Honorable Lindsay C. Jenkins

Dillon Davis, Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 12, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The parties have reached a settlement but need more time to finalize their agreement. The February 16, 2026 fact discovery deadline is stricken. The matter is dismissed without prejudice. The dismissal will automatically convert to a dismissal with prejudice on October 13, 2025 unless any party files a motion to reinstate by that date. The parties are free to file a stipulation of dismissal with prejudice earlier if they wish. Civil case terminated. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.